**O**

# United States District Court
# Central District of California

| | |
|---|---|
| ARSLAN BHATTI,<br><br>            Plaintiff,<br><br>     v.<br><br>ROGER GOLDMAN; TELECOM DEBT COLLECTION AND CREDIT INFORMATION AGENCY; BANKAI GROUP, INC.; BANKIM BRAHMBHATT; and DOES 1–10, inclusive,<br><br>            Defendants. | Case No. 2:14-cv-03226-ODW(RZx)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3) [16]** |

     Before the Court is Plaintiff Arslan Bhatti's *Ex Parte* Application for Order Authorizing Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3). (ECF No. 16.) Bhatti is seeking approval from this Court to serve the Summons and Complaint upon Defendants Roger Goldman and Telecom Debt Collection and Credit Information Agency ("TDCCIA") via email.

     The Ninth Circuit has endorsed service via email under Rule 4(f)(3) as long as a court balances "the limitations of email service against its benefits" in a particular case. *Rio Props., Inc. v. Rio. Int'l Interlink*, 284 F.3d 1007, 1018 (9th Cir. 2002). The

key inquiry is whether the method of service is reasonably calculated under the circumstances to apprise the defendant of the pendency of the action. *Id.* at 1019.

Here, the Court finds that email service on Goldman and TDCCIA is appropriate. Bhatti has demonstrated due diligence in trying to locate a physical address for both Goldman and TDCCIA to no avail. (Bhatti Decl. ¶¶ 11–12; Whittet Decl. ¶¶ 4, 9–10.) Moreover, Bhatti has also made a showing that email is the method of service most likely to reach the defendant. Goldman has responded to emails sent by Bhatti and his attorney. (*See* Bhatti Decl. ¶ 7; Exs. 2–3.) TDCCIA is a web-based debt-collection business and the only means of contacting individuals at TDCCIA is via the website—www.tdccia.com—and the email addresses listed on the website. (*E.g.*, *id.* ¶¶ 21–23.)

Accordingly, the Court **GRANTS** Bhatti's *Ex Parte* Application for leave to serve the Summons and Complaint on Goldman and TDCCIA via email. (ECF No. 16.) Bhatti shall serve the Summons and Complaint on Goldman and TDCCIA **by certified email** at all of the following email addresses: rogergoldman@tdccia.com, rogergoldman10@gmail.com, and sharonmgilad@gmail.com. Along with the Summons and Complaint, Bhatti shall also serve this Order at the above listed email addresses. Bhatti's proof of service shall include copies of the emails and any tracking information that may be available to confirm receipt.

**IT IS SO ORDERED.**

June 3, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**