**O**

# United States District Court
# Central District of California

| | |
|---|---|
| ARSLAN BHATTI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER GOLDMAN; TELECOM DEBT COLLECTION AND CREDIT INFORMATION AGENCY; BANKAI GROUP, INC.; BANKIM BRAHMBHATT; and DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-03226-ODW(RZx)<br><br>**ORDER DENYING APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS RONALD GOLDMAN AND TELECOM DEBT COLLECTION AND CREDIT INFORMATION AGENCY [29]** |

　　The Court is not yet satisfied with the sufficiency of service on Defendants Roger Goldman and Telecom Debt Collection and Credit Information Agency ("TDCCIA"). Accordingly, the Court **DENIES** Plaintiff Arslan Bhatti's Application for Clerk to Enter Default. (ECF No. 29.)

　　The Court **ORDERS** Bhatti to serve Goldman and TDCCIA once again **by certified email** at the following email addresses: rogergoldman@tdccia.com, rogergoldman10@gmail.com, <u>and</u> sharonmgilad@gmail.com.  The Summons and

Complaint should be sent to these email addresses in separate emails. The Court requires tracking information for each email before it will again consider entering default against Goldman and TDCCIA.

**IT IS SO ORDERED.**

June 30, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**