# United States District Court
# Central District of California

| | |
|---|---|
| ARSLAN BHATTI,<br><br>          Plaintiff,<br><br>     v.<br><br>ROGER GOLDMAN; TELECOM DEBT COLLECTION AND CREDIT INFORMATION AGENCY; BANKAI GROUP, INC.; BANKIM BRAHMBHATT; DOES 1–10, inclusive,<br><br>          Defendants, | Case No. 2:14-cv-03226-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE. MOTION TO SET ASIDE ENTRY OF DEFAULT** |

On September 8, 2014, counsel for Defendants Roger Goldman and Telecom Debt Collection and Credit Information Agency ("TDCCIA") entered an appearance in this action. (ECF No. 49.) Goldman and TDCCIA are currently in default. (ECF No. 42.) Accordingly, the Court **ORDERS** Goldman and TDCCIA **TO SHOW CAUSE**, in writing, **no later than Tuesday, September 30, 2014**, why they have not moved to set aside entry of default. No hearing will be held. This Order will be discharged upon the filing of a motion to set aside entry of default. The Court will

defer ruling on the Motion for Default Judgment pending against Goldman and TDCCIA until this Order is discharged.

**IT IS SO ORDERED.**

September 15, 2014

_____
                **OTIS D. WRIGHT, II
         UNITED STATES DISTRICT JUDGE**