**O**

# United States District Court
# Central District of California

| | |
|---|---|
| ARSLAN BHATTI,<br><br>               Plaintiff,<br><br>    v.<br><br>ROGER GOLDMAN; TELECOM DEBT COLLECTION AND CREDIT INFORMATION AGENCY; BANKAI GROUP, INC.; BANKIM BRAHMBATT; DOES 1–10, inclusive,<br><br>               Defendants. | Case No. 2:14-cv-03226-ODW(RZx)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO QUASH AND DISMISS [50]** |

      On September 10, 2014, Defendants Bankai Group, Inc. ("BGI") and Bankim Brahmbatt filed a Motion to Quash and Dismiss. (ECF No. 50.) On September 30, 2014, Plaintiff Arslan Bhatti filed a First Amended Complaint ("FAC"). (ECF No. 56.) A party may amend its pleading once as a matter of course 21 days after service of a motion under Federal Rule of Civil Procedure 12(b), (e), or (f). Fed. R. Civ. P. 15(a)(1)(B). Bhatti's FAC was filed within 21 days of the Motion. Since the FAC is now the operative pleading, the Court **DENIES AS MOOT** BGI and Brahmbatt's Motion to Quash and Dismiss. (ECF No. 50.) BGI and Brahmbatt shall

now answer or otherwise respond to the FAC in accordance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

October 9, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**