O

# United States District Court
# Central District of California

| | |
|---|---|
| ARSLAN BHATTI,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER GOLDMAN; TELECOM DEBT COLLECTION AND CREDIT INFORMATION AGENCY; BANKAI GROUP, INC.; BANKIM BRAHMBHATT; DOES 1–10, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-03226-ODW(RZx)<br><br>**ORDER GRANTING DEFENDANTS ROGER GOLDMAN AND TELECOM DEBT COLLECTION AND CREDIT INFORMATION AGENCY'S MOTION TO SET ASIDE ENTRY OF DEFAULT [55] AND DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [47]** |

On September 30, 2014, Defendants Roger Goldman and Telecom Debt Collection and Credit Information Agency ("TDCCIA") filed a Motion to Set Aside Entry of Default. (ECF No. 55.) The Clerk of Court entered default against Goldman and TDCCIA on July 25, 2014. (ECF No. 42.) Although Plaintiff Arslan Bhatti previously filed a Motion for Default Judgment against Goldman and TDCCIA (ECF No. 47), Bhatti has not filed an opposition to the Motion to Set Aside Entry of Default.

|   |   |
|---|---|
| 1 | Based on Bhatti's non-opposition and the policy disfavoring default judgments, the Court finds good cause exists to set aside entry of default against Goldman and TDCCIA.  Accordingly, the Court **GRANTS** Goldman and TDCCIA's Motion to Set Aside Entry of Default.  (ECF No. 55.)  The Court also **DENIES AS MOOT** Bhatti's Motion for Default Judgment.  (ECF No. 47.)  The operative pleading in this action is now the First Amended Complaint ("FAC").  (ECF No. 56.)  Goldman and TDCCIA shall answer the FAC, or otherwise defend this action, **no later than 14 days** from the date of this Order. |

    **IT IS SO ORDERED.**

    October 16, 2014

    _____
           **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**